**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **PHI HEALTH, LLC,**<br><br>*Petitioner*,<br><br>v.<br><br>**SENDERO HEALTH PLANS, INC. and XYZ CORP.,**<br><br>*Defendants*. | **CIVIL ACTION NO.: 1:25-CV-0017** |

**NOTICE OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

COMES NOW Plaintiff PHI Health, LLC ("PHI" or "Plaintiff") and hereby voluntarily dismisses this action against Defendants under Federal Rule of Civil Procedure 41(a)(1)(A)(i) as follows:

On January 3, 2025, Plaintiff filed suit against Defendants seeking recovery of an Independent Dispute Resolution ("IDR") award issued pursuant to the No Surprises Act, assigned IDR No. 526842 and IDR No. 526841.

Plaintiff wishes to dismiss the claims it has asserted in this case with prejudice.[1] Defendants have not filed an answer or motion for summary judgment. Accordingly, the requirements for a dismissal under Rule 41(a)(1)(A)(i) are satisfied here.

[1] Defendant Sendero Health Plans, Inc. consents to the dismissal. Defendant XYZ Corp. is an entity used in the event an additional party needed to be identified; therefore, its consent is not required.

Dated: April 22, 2025.

Respectfully submitted,

*/s/ Brant C. Martin*
Brant C. Martin
Texas Bar No. 24002529
brant.martin@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Telephone: (817) 332-7788
Facsimile: (817) 332-7789

Elizabeth H. Lemoine
Texas Bar No. 24027236
elizabeth.lemoine@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255

***ATTORNEYS FOR PLAINTIFF PHI HEALTH, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on counsel for Defendant pursuant to CM/ECF on April 22, 2025, in accordance with the Federal Rules of Civil Procedure.

*/s/ Elizabeth Lemoine*
Elizabeth Lemoine